Honorable Marc Barreca
Chapter 13
Location: via ZoomGov
Hearing Date: June 5, 2023;
Hearing Time: 9:00 AM

UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LORIN EDWIN MASSINGALE,<br>Debtor. | Chapter 13 Proceeding<br><br>Case No. 20-12628-MLB |
| LORIN EDWIN MASSINGALE,<br>Plaintiff,<br>vs.<br>U.S. BANK, NATIONAL ASSOCIATION AS LEGAL TITLE TRUSTEE FOR TRUMAN 2016 SC6 TITLE TRUST, CALIBER HOME LOANS, INC., RUSHMORE LOAN MANAGEMENT SERVICES, LLC,<br>Defendants. | **Adv. Proc. No.: 21-01013-MLB**<br><br>**DEFENDANTS U.S. BANK, NA AND RUSHMORE LOAN MANAGEMENT SERVICES, LLC'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT AGREEMENT** |

Defendants U.S. Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust ("US Bank") and Rushmore Loan Management Services, LLC ("Rushmore") (collectively, "Defendants"), with consent of pro se Plaintiff Lorin Edwin Massingale ("Plaintiff"), hereby file this Supplemental Brief in Support of Defendant's Motion to Enforce Settlement Agreement (Doc. 80). This Supplemental Brief is based on the explanation below and the Declaration of Defendants' Counsel in Support of Supplemental Brief In Support Of Motion To Enforce Settlement Agreement filed herewith.

DEFENDANTS U.S. BANK, NA AND RUSHMORE LOAN MANAGEMENT SERVICES, LLC'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT AGREEMENT - 1

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone (503) 914-2015
Fax: (503) 914-1725

After considering the Court's comments and concerns at the May 24, 2023, hearing on Defendants' Motion to Enforce, the Parties have worked together, and with the Chapter 13 Trustee, to address the Court's comments and concerns. As a result of that collective work, the Parties, with the cooperation of the Chapter 13 Trustee, have agreed to certain revisions and clarifications to the Settlement Agreement sought to be enforced. As a result, Defendants, with Plaintiff's consent, have filed a motion to file under seal a tracked-change revised version of the settlement agreement. The Parties have agreed to execute and proceed under the revised settlement terms, which the Chapter 13 Trustee has agreed are acceptable for the administration of the Plaintiff's confirmed Chapter 13 Plan. This agreement between the Parties includes their mutual agreement to the March 3, 2022, effective date of the release of claims, the agreement to which was previously disputed.

The proposed revised settlement agreement agreed to by the Parties, and with the approval of the Chapter 13 Trustee, contains the following non-confidential revisions and clarifications to the original written settlement agreement, and includes the Parties' non-written agreements with the Chapter 13 Trustee as to the performance of the revised settlement agreement and the administration of Plaintiff's confirmed Chapter 13 Plan:

- The corporate advances to be written off will be written off of the Loan balance and not from the pre-petition arrears.
- The Settlement Sum shall be made payable to the Chapter 13 Trustee instead of Plaintiff's former counsel.
- The claims released under the Settlement Agreement include any and all objections to US Bank's Amended Proof of Claim filed in the Bankruptcy (Claim 4-2), whether any such objections were asserted in the Action or in the Bankruptcy, and the Parties will file a stipulation to an order approving Claim 4-2. (For the Court's information, there were no objections to Claim 4-2 filed other than the objections stated in the First Amended Complaint filed in the Adversary Proceeding.)

DEFENDANTS U.S. BANK, NA AND RUSHMORE LOAN MANAGEMENT SERVICES, LLC'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT AGREEMENT - 2

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone (503) 914-2015
Fax: (503) 914-1725

- Plaintiff is proceeding without counsel and pro se.
- The Chapter Trustee will file an appropriate motion with the Court to approve the revised Settlement Agreement (which term is not in the revised Settlement Agreement because the Chapter 13 Trustee is not a party to the revised Settlement Agreement).

Accordingly, the Court should allow the Parties to proceed to resolve this Adversary Proceeding under the revised settlement agreement as described above.

DATED: June 2, 2023.

                        MB LAW GROUP, LLP

                        *s/ Michael J. Farrell*
                        Michael J. Farrell, WSBA No 18897
                        mfarrell@mblglaw.com
                        David W. Cramer, WSBA No. 49566
                        dcramer@mblglaw.com
                        117 SW Taylor Street, Suite 200
                        Portland, OR 97204
                        Telephone: 503-914-2015
                        *Attorneys for Defendants US Bank NA as Legal Title Trustee for Truman 2016 SC6 Title Trust and Rushmore Loan Management Services LLC*

DEFENDANTS U.S. BANK, NA AND RUSHMORE LOAN MANAGEMENT SERVICES, LLC'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT AGREEMENT - 3

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone (503) 914-2015
Fax: (503) 914-1725

**CERTIFICATE OF SERVICE**

The undersigned certifies under the penalty of perjury under the laws of the State of Washington that I am now and at all times herein mentioned, a citizen of the United States, a resident of the State of Washington, over the age of eighteen years, not a party to or interested in the above-entitled action, and competent to be a witness herein.

On the date given below I caused to be served the following documents on the following individuals in the manner indicated:

- Defendants U.S. Bank, NA and Rushmore Loan Management Services, LLC's Supplemental Brief in Support of Motion to Enforce Settlement Agreement

Lorin Massingale
39681 Baker Lake Road
Concrete, Washington 98237
E-mail: lorinmassingale@gmail.com
*Plaintiff Pro Se*

|   |                    |
|---|--------------------|
|   | U.S. MAIL          |
|   | LEGAL MESSENGER    |
| X | E-MAIL             |
|   | HAND DELIVERED     |
|   | EXPRESS DELIVERY   |
|   | FACSIMILE          |
|   | ECF                |

Dated: June 2, 2023.

*s/ Sonya Kuehn*
Sonya Kuehn, Legal Assistant

DEFENDANTS U.S. BANK, NA AND RUSHMORE LOAN MANAGEMENT SERVICES, LLC'S SUPPLEMENTAL BRIEF IN SUPPORT OF MOTION TO ENFORCE SETTLEMENT AGREEMENT - 4

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone (503) 914-2015
Fax: (503) 914-1725