UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In Re:<br><br>LORIN EDWIN MASSINGALE,<br><br>Debtor. | Chapter 13 Proceeding<br><br>Case No. 20-12628-MLB<br><br>**Adv. Proc. No.: 21-01013-MLB**<br><br>**AMENDED PARTIAL SATISFACTION OF JUDGMENT** |

## **JUDGMENT SUMMARY**

| | |
|---|---|
| Judgment Creditor: | U.S. Bank, National Association as Legal Title Trustee for Truman 2016 SC6 Title Trust and Rushmore Loan Management Services, LLC |
| Judgment Debtor: | Lorin Edwin Massingale |
| Judgment Amount: | $13,360.04 |
| Attorney for Judgment Creditor: | Michael J. Farrell |
| Attorney for Judgment Debtors: | Jason E. Anderson |
| Partial Satisfaction Amount: | $10,672.70 |

///

///

AMENDED PARTIAL SATISFACTION OF JUDGMENT

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone (503) 914-2015
Fax: (503) 914-1725

THIS IS TO CERTIFY that the Judgment made and entered in the above entitled action on the 1st day of February, 2024, (dkt. 155) having been partially paid in the amount of $10,672.70 as set forth above, is hereby partially satisfied in the amount of $10,672.70 with a remaining judgment amount of $2,687.34.

DATED this 2nd day of February, 2024.

                    MB LAW GROUP, LLP


By:    s/ Michael J. Farrell
      Michael J. Farrell, WSBA No. 18897
      Of Attorneys for Judgment Creditors
      U.S. Bank, National Association as Legal
      Title Trustee for Truman 2016 SC6 Title
      Trust and Rushmore Loan Management
      Services, LLC

AMENDED PARTIAL SATISFACTION OF JUDGMENT

MB LAW GROUP, LLP
Attorneys at Law
117 SW Taylor Street, Suite 200
Portland, OR 97204
Telephone (503) 914-2015
Fax: (503) 914-1725